JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDTEK TECHNOLOGY CO., LTD., | Case No. 2:25-cv-11215-CV (MBKx) |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [33]** |
| EMBER TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

On June 5, 2026, the Parties filed a Stipulation for Dismissal of Entire Action with Prejudice. Doc. # 33 (the "Stipulation").

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

Plaintiff's Complaint and Defendant's Counterclaims are dismissed with prejudice pursuant to Rule 41(a)(1) and Rule 41(c) of the Federal Rules of Civil Procedure. Each party to bear its own attorneys' fees and costs. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: 6/22/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1